IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:        *
                               *   MISC. NO. 06-_161_(JAF)
AGENTS FOR SURETIES    *
(COURTROOM DECORUM)    *
                               *
*********************************

**ORDER**

All agents, assigns, attorneys-in-fact or representatives for sureties and/or bonding companies shall observe due decorum and strictly follow appropriate rules of conduct and behavior while in courtrooms, general immediate areas and courthouse premises. Such decorum prohibits ambulant chasing and/or solicitation and/or commercial or other activities in order to execute or post bonds on behalf of criminal defendants. Persons who, in the conduct of their business activities as agents, assigns, attorneys in fact and/or representatives of bonding companies, sureties or acting on their own stead, compromise or violate the above directive, shall be subject to sanction, and/or found in contempt, as appropriate, under 18 U.S.C. § 401.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this _1st_ day of August, 2006.

JOSE ANTONIO FUSTE
Chief Judge